**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANEAP SIAD, | No. 06-74850 |
| Petitioner, | Agency No. A096-344-469 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 16, 2010[**]

Before:    TASHIMA, BERZON, and CLIFTON, Circuit Judges.

Aneap Siad, native and citizen of Somalia, petitions for review of a Board of

Immigration Appeals' order dismissing her appeal from an immigration judge's

decision denying her application for asylum and withholding of removal.  Our

jurisdiction is governed by 8 U.S.C. § 1252.  We review for substantial evidence

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

factual findings. *Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003). We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the agency's determination that Siad failed to timely file her asylum application because the underlying facts are disputed. *Cf. Ramadan v. Gonzales*, 479 F.3d 646, 650 (9th Cir. 2007) (per curiam).

We deny Siad's claim for withholding of removal because substantial evidence supports the agency's adverse credibility determination based on the omission from Siad's asylum application that she was grazed by bullets as she fled the orphanage in Somalia, which formed the basis for her claim. *See Kin v. Holder*, 595 F.3d 1050, 1057 (9th Cir. 2010).

Siad's request for oral argument is denied.

**PETITION FOR REVIEW DISMISSED in part. DENIED in part.**